UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE HALLIGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C05-1217-JLR<br><br><br>ORDER |

    Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct an new hearing, further develop the record and issue a new decision;
- The ALJ will re-evaluate and further develop the medical opinions of record;
- The ALJ will re-evaluate Plaintiff's severe impairments at step two of the sequential evaluation process; specifically whether Plaintiff has a severe psychological pain disorder;
- The ALJ will obtain evidence from a medical expert regarding the severity of Plaintiff's psychological pain disorder;
- The ALJ will also consider and evaluate the State agency reviewer's opinion that Plaintiff

Page 1    ORDER - [C05-1217-JLR]

should avoid concentrated exposure to hazards; and also consider whether the Plaintiff has any additional physical impairments, i.e., cervical strain and/or headaches;

• The ALJ will reassess Plaintiff's RFC; and

• If warranted by the expanded record, the ALJ will reevaluate steps 4 and 5 of the sequential evaluation process with the assistance of a vocational expert

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 12th day of December, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

Recommended for Entry this 9th day of December, 2005.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Franco L. Becia   WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2114
Fax: (206)615-2531
franco.becia@ssa.gov

Page 2     ORDER - [C05-1217-JLR]