UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE HALLIGAN, ) | |
| ) | |
| Plaintiff, ) | Case No. C05-01217-JLR-JPD |
| ) | |
| v. ) | |
| ) | ORDER GRANTING ATTORNEY'S |
| JO ANNE B. BARNHART, ) | FEES, COSTS, AND EXPENSES |
| *Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to a stipulation by the parties, the Court ordered that this case be remanded for further administrative proceedings. Dkt. Nos. 15, 16. Parties stipulated to an award of attorney's fees, costs, and expenses to both attorneys representing plaintiff. Dkt. No. 17. Having carefully reviewed their Proposed Order and the record, the Court ORDERS as follows:

(1) Plaintiff's attorney, Elie Halpern, is awarded attorney's fees in the amount of $732.03 and expenses for telecommunication costs and postage in the amount of $34.25 under the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs for the filing fee and photocopies in the amount of $260.45, pursuant to 28 U.S.C. § 1920.

(2) Plaintiff's attorney, Victoria Chhagan, is awarded attorney's fees in the amount of $4,033.93 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

ORDER GRANTING ATTORNEY'S FEES,
COSTS, AND EXPENSES
PAGE -1

DATED this 23rd day of January, 2006.

s/Thomas S. Zilly
_____
JAMES L. ROBART
United States District Judge

Recommended for Entry
this 20th day of January, 2006,

/s/  JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING ATTORNEY'S FEES,
COSTS, AND EXPENSES
PAGE -2